

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* MONTE SCHWARTZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLERGAN, INC., <br><br> Defendant. | : <br><br> : <br><br> : <br> FILED UNDER SEAL <br> : <br> CIVIL NO. CCB-10-2796 <br> : <br><br> : <br><br> : |

...oOo...

### UNITED STATES OF AMERICA'S
### NOTICE OF SETTLEMENT

The United States of America, by its undersigned counsel, hereby files this Notice of Settlement, and states as follows:

On April 21, 2017, the Unites States filed Notice of Intervention for Purpose of Settlement in this action. Thereafter, the parties, including the United States, States on behalf of their Medicaid programs, Defendant Allergan, and Relators Monte Schwartz and Ryan Tinsley continued to negotiate certain settlement terms and conditions.

The United States, Allergan, and Relators have executed a settlement agreement in this action under the Federal False Claims Act and common law, which is attached hereto. Under the terms of the Federal settlement agreement and other agreements among the parties, following Allergan's payment of the settlement amounts, the United States and the Relators will file a Joint Stipulation of Dismissal of this action subject to the terms of the settlement agreements.

The United States requests that the Court unseal the Relators' Complaint filed October

The United States requests that the Court unseal the Relators' Complaint filed October 10, 2010 (ECF 1), the Relators' First Amended Complaint filed December 22, 2011 (ECF 18), this Notice of Settlement, and all subsequent filings following this Notice. The United States further requests that all other papers on file in this action remain under seal because in describing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

The Medicaid States have authorized undersigned counsel to represent the concurrence of the Medicaid States with this Notice of Settlement.

A proposed order accompanies this Notice.

                              Respectfully submitted,

                              ROBERT K. HUR
                              United States Attorney

By: _____
    Roann Nichols
    Bar No. 07871
    Assistant United States Attorney
    36 S. Charles St., 4th Floor
    Baltimore, Maryland 21201
    Telephone: (410) 209-4827

Dated: April 11, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2018, a copy of the foregoing Notice of Settlement and Proposed Order was sent by electronic mail to:

Peter W. Chatfield
Colette G. Matzzie
2000 Massachusetts Avenue, NW
Washington, D.C.   20036

_____
Roann Nichols